UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-3526-JJO

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )
)
ERNESTO DEL FRADE DOMINGUEZ, )
)
    Defendant. )
_____/

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the complaint against the above named defendant.

    Respectfully submitted,

    JEFFREY H. SLOMAN
    ACTING UNITED STATES ATTORNEY

By: _____
    Benjamin G. Greenberg, Chief
    Narcotics Section

cc:    U.S. Attorney (Joseph H. Huynh, AUSA)
    U.S. Marshal
    Chief Probation Officer
    Pretrial Services
    Special Agent

Leave of court is granted for the filing of the foregoing Dismissal.

DATE: 11/09/09

_____
TED E. BANDSTRA
UNITED STATES MAGISTRATE JUDGE